# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Demarques Debronte Enochs (325083), | )<br>)<br>) |
| Plaintiff, | ) |
| | ) Case No. 23 C 1232 |
| v. | ) |
| | ) Hon. Virginia M. Kendall |
| Ron Haines, *et al.*, | )<br>) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendant(s)
and against Plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: the case is dismissed without prejudice for failure to comply with the Court's orders.

This action was *(check one)*:
☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall.

Date: 4/17/2023           Thomas G. Bruton, Clerk of Court

                          /s/Lynn Kandziora , Deputy Clerk